(87 South. 221)
**McCROSKY v. STATE** (8 Div. 981.)

(Supreme Court of Alabama. Nov. 11, 1920.)

Certiorari to Court of Appeals.

Application by Lee McCrosky for certiorari to the Court of Appeals to review and revise its judgment (87 South. 219) rendered on his appeal from conviction for violation of the prohibition law. Writ denied.

Sample & Kilpatrick, of Hartsells, for appellant.

J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

PER CURIAM. Application of Lee McCrosky for certiorari to court of appeals to review and revise the judgment of said court rendered on the appeal of Lee McCrosky v. State, 87 South. 219.

Writ denied.